NORTHWEST OHIO BAR ASSOCIATION *v.* ARCHER.

[Cite as *Northwest Ohio Bar Assn. v. Archer* (1993), 67 Ohio St.3d 97.]

(No. 93–453—Submitted April 20, 1993—Decided August 11, 1993.)

*Barber, Kaper, Stamm & Robinson* and *Jeffrey L Robinson,* for relator.

*Stephen R. Archer, pro se.*

---

*Per Curiam.* We agree with the findings and recommendation of the board and publicly reprimand respondent. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.